### 34487. PATTERSON *v.* THE STATE.

CARLISLE, J. An unverified statement or certificate of counsel for the plaintiff in error that he has on a day named served counsel for the defendant in error with a copy of the bill of exceptions by handing him a copy in person is insufficient to comply with the requirements as to service set out in Code § 6-911; and where no waiver or acknowledgment of service otherwise appears in the record, the writ of error must be dismissed for lack of jurisdiction in this court. *Hall Motors* v. *Decatur Lincoln-Mercury Co.*, ante.

*Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED FEBRUARY 7, 1953.

*Nicholson & Fleming*, for plaintiff in error.
*W. D. Lanier, Solicitor*, contra.